No. 70. SWIDLER v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Jacob Kossman* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, Joseph M. Howard, James X. Kilbridge* and *Harold S. Larsen* for the United States.

No. 75. SHUTT v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Wm. Andress, Jr.* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger, Melvin Richter* and *Benjamin Forman* for the United States.

No. 77. WOLCHER v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Harold Leventhal* and *Leo R. Friedman* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland* and *Philip Elman* for the United States.

No. 78. IGOE, U. S. DISTRICT JUDGE, v. CHICAGO, ROCK ISLAND & PACIFIC RAILROAD Co. C. A. 7th Cir. Certiorari denied. *Philip B. Perlman, James R. Browning* and *James A. Dooley* for petitioner. *Eaton Adams, M. V. Thompson* and *Hale Houts* for respondent.

No. 80. UNITED STATES EX REL. FERETIC v. SHAUGHNESSY, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied. *Albert Mayer* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Richard J. Blanchard* for respondent.

No. 81. LICHTER ET AL., DOING BUSINESS AS SOUTHERN FIREPROOFING Co., v. UNITED STATES ET AL. United States Court of Appeals for the District of Columbia Cir-